Fee Paid #15002009q

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Devon Abney
PLAINTIFF

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

MCDONALDS CORPORATION et al,
RESPONDENT SUPERIOR
CHIEF EXECUTIVE OFFICER
CHRIS KEMPCZINSKI,
MCDONALD'S RESTAURANT EMPLOYEE
JANE DOE #1 RANK AND NAME UNKNOWN,
MCDONALD'S RESTAURANT EMPLOYEE
JANE DOE #2, RANK AND NAME UNKNOWN,
JOINTLY AND SEVERALLY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* DEFENDANTS

Case: 2:26-cv-11271
Assigned To : White, Robert J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 4/17/2026
Description: CMP Abney v. McDonalds Corporation et al
(lh)

Jury Trial: ☒ Yes ☐ No
*(check one)*

## Complaint for a Civil Case

PLAINTIFF COMPLAINT PURSUANT TO:
FOURTH AMENDMENT; FOURTEENTH AMENDMENT;
42 U.S.C. 1983; ELLIOTT-LARSEN CIVIL RIGHTS ACT,
ACT 453 OF 1976; MICH. COMP. LAW 37.2302 (a);
MICH. COMP. LAW 37.2302 (b); 42 U.S.C. 2000e Sec 2000(b)(2),

April 17, 2026
Devon Abney
Devon Abney

MIED ProSe 1 (Rev 5/16) Complaint for: *A CIVIC CASE*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Devon Abney

Street Address: 2474 WEST PHILADELPHIA

City and County: DETROIT, WAYNE

State and Zip Code: MICHIGAN, 48206

Telephone Number: 313-434-9192

E-mail Address: crights.gmead@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: MC DONALDS CORPORATION et al

Job or Title (if known): CHIEF EXECUTIVE OFFICER CHRIS KEMPCZINSKI

Street Address: 110 NORTH CARPENTER STREET

City and County: CHICAGO, COOK COUNTY

State and Zip Code: ILLINOIS, 60607

Telephone Number: (312)-726-1626 / (630)-623-6227

E-mail Address (if known): cthrwrchegmail.com

Defendant No. 2

Name: MCDONALDS CORPORATION EMPLOYEE JANE DOE #2

Job or Title (if known):

Street Address: 2804 WEST GRAND BOULEVARD

City and County: DETROIT, WAYNE

State and Zip Code: MICHIGAN, 48202

Telephone Number: (313) 871-5821

E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name — *McDONALDS CORPORATION EMPLOYEE JANE DOE #2*

Job or Title
(if known)

Street Address — *2889 WEST GRAND BOULEVARD*

City and County — *DETROIT, WAYNE*

State and Zip Code — *MICHIGAN, 48202*

Telephone Number — *(313)-871-5822*

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *FOURTH AMENDMENT, FOURTEENTH AMEND. ELLIOTT-LARSEN CIVIL RIGHT ACT, ACT 453 OF 1976, — 42 U.T.C. 1983; 42 U.S.C. 2000e sec 200e(b)(2); MCL 37.'23 (2)(a); MCL 37. 23(2)(b),.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____,
      is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the
      State of *(name)* _____. *Or is a citizen of (foreign
      nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____, and
      has its principal place of business in the State of *(name)*
      _____. *Or is incorporated under the laws of
      (foreign nation)* _____, and has its principal place
      of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):* TWELVE MILLION DOLLARS AND ZERO CENT ($12,000,000)

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

INCIDENT DATE 4-19-2023 APPROX 8:15 AM
LOCATION: MCDONALD'S RESTAURANT
2889 WEST GRAND BLVD.
DETROIT, MICHIGAN 48202

THE PLAINTIFF WAS DEPRIVATED HIS LAW RIGHTS TO THE STATE OF MICHIGAN PUBLIC ACCOMMODATIONS / PUBLIC SERVICE IN THE CITY OF DETROIT WITHOUT PROHIBITED PRACTICES ACTION FOR MALE GENDER DISCRIMINATION, THE DEFENDANTS CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, VIOLATION OF THE PLAINTIFF'S CIVIL RIGHTS, VIOLATION OF THE PLAINTIFF UNITED STATES CONSTITUTION RIGHTS, VIOLATION OF THE MICHIGAN CONSTITUTION RIGHTS, STATE OF MICHIGAN COMP LAWS.

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINTIFF Devon Abney RELIEF FOR DAMAGES:
UPON VENDER DISCRIMINATION, DEPRIVATION OF THE
PLAINTIFFS RIGHTS TO PUBLIC ACCOMMODATIONS / PUBLIC
SERVICE, CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS,
VIOLATION OF RESPONDENT SUPERIOR, FOURTH AND
FOURTEENTH AMENDMENT, TOTAL DOLLAR AMOUNT
TWELVE MILLION (12,000,000) DOLLARS

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 17th, 2026.

Signature of Plaintiff        Devon Abney

Printed Name of Plaintiff     Devon Abney

6

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Devon Abney

**(b)** County of Residence of First Listed Plaintiff WAYNE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Devon Abney PLAINTIFF PRO SE
2474 W. Philadelphia
Detroit, MI. 48206

**DEFENDANTS**

McDonalds Corporation, et al Chris Kempczinski
Respondent Superior CEO Chris Kempczinski Cook

County of Residence of First Listed Defendant COOK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| 440 | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* Seize
Fourth 14 Amendments, ACT 453 of 1976; 42 USC 1983; 42 USC 2000e(3)(2); MCL 37.2 (101b)
Brief description of cause: Prohibition of Race Gender Descrimination

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ (12,000,00.)  Twelve Million Dollars
- CHECK YES only if demanded in complaint:
  JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE April 17, 2026
SIGNATURE OF ATTORNEY OF RECORD Devon Abney Devon Abney PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

APRIL 17, 2026
PG. 1 - OF 18 D.A

Devon Abney
            PLAINTIFF

V.

McDonald's Corporation et al,
RESPONDENT SUPERIOR
CHIEF EXECUTIVE OFFICER
CHRIS KEMPCZINSKI,
McDonald's RESTAURANT EMPLOYEE JANE DOE #1
NAME AND RANK UNKNOWN,
McDonald's RESTAURANT EMPLOYEE JANE DOE #2
NAME AND RANK UNKNOWN,
            JOINTLY AND SEVERALLY
                DEFENDANTS

Devon Abney
PLAINTIFF PRO SE
2474 WEST PHILADELPHIA
DETROIT, MICHIGAN 48206
313-434-9192
Crights.amend@gmail.com

Devon Abney

APR 17, 2026
PS-2-CF-18 P.A
Abney V. McDonald's Corp. et al.

PLAINTIFF Abney's Complaint
AND DEMAND FOR JURY TRIAL
PLAINTIFF Abney - PRO SE
STATES THE FOLLOWING COMPLAINT AGAINST
THE ABOVE NAMED DEFENDANTS,

JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION FOR MONEY DAMAGES BROUGHT PURSUANT TO: FOURTEENTH AMENDMENT, 42 U.S.C 1983, EQUAL PROTECTION CLAUSE OF THE UNITED STATES CONSTITUTION, ARTICL 1, SEC 2 OF THE MICHIGAN CONSTITUTION, PLAINTIFF Abney CLEARLY ESTABLISHED RIGHTS UNDER — ELLIOTT-LARSEN CIVIL RIGHTS ACT — ACT 453 OF 1976; MICH COMP LAW 37.2302(g); MICH COMP LAW 37.2302(b); 42 USC 2000e Sec 208(b)(2), TO THE UNITED STATES CONSTITUTION AND THE STATE OF MICHIGAN CONSTITUTION.

2. THIS COURT HAS ORIGINAL JURISDICTION OVER PLAINTIFF Abney's CLAIMS PRESENTED IN THIS COMPLAINT BASED UPON THE LAWS OF THE — UNITED STATES PURSUANT TO: 28 U.S.C 1331 AND 1343.

3. THE AMOUNT IN CONTROVERSY EXCEED SEVENTY FIVE THOUSAND (75,000,00) DOLLARS EXCLUDING COST, FEES, AND INTEREST.

Deion Abney

2.

APRIL 17, 2026
PG. 1 - OF- 18 0A
Abney v. MCDONALD'S CORPORATION et al

4. THE UNLAWFUL ACTIONS ALLEGED IN THIS COMPLAINT TOOK PLACE WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN — (SOUTHERN DIVISION) VENUE IS PROPER UNDER 28 U.S.C. 1391(B).

PARTIES
5. THE PLAINTIFF Abney IS, AND AT ALL TIMES RELEVANT TO THIS ACTION WAS A RESIDENT OF THE STATE OF MICHIGAN.

6. DEFENDANT MCDONALD'S CORPORATION IS A CORPORATION DURING BUSINESS WITH THE STATE OF MICHIGAN, RESPONDENT SUPERIOR (HIGES KEMPCZINSKI AND WAS AT ALL TIMES RELEVANT TO THIS ACTION, AS A EMPLOYER OF MCDONALD'S RESTAURANT 2889 WEST GRAND BOULEVARD DETROIT, MI. 48202

7. DEFENDANT MCDONALD'S RESTAURANT) — JANE DOE #1 RANK AND NAME UNKNOWN IS A MICHIGAN EMPLOYEE OF THE STATE OF MICHIGAN AND WAS, AT ALL TIMES RELEVANT TO THIS ACTION, EMPLOYED AS A MCDONALD'S CORPORATION EMPLOYEE IN THE STATE OF MICHIGAN.

2

APRIL 17, 2026
PG. 2-OF 18 D.A
Abney V. McDonald's Corporation et al,

8. DEFENDANT McDonald's RESTAURANT -
JANE DOE #2 KANE AND NAME UNKNOWN IS A
MICHIGAN EMPLOYEE OF THE STATE OF MICHIGAN
AND WAS, AT ALL TIMES RELEVANT TO THIS ACTION,
EMPLOYED AS A McDonald's CORPORATION -
EMPLOYEE IN THE STATE OF MICHIGAN.

FACTUAL ALLEGATIONS

9. PLAINTIFF Abney ENTER THE EAST PARKING
LOT FACILITY DOOR OF McDonald's RESTAURANT
LOCATION 2889 WEST GRAND BOULEVARD DETROIT, MI,
ZIP CODE 48202, APPROXIMATELY 8:15 AM, APRIL 19, 2023.

10. PLAINTIFF Abney DIRECTLY APPROACHED THE
CASHIER COUNTER NEAREST TO THE DEFENDANT
McDonald's CORPORATION EAST FACILITY DOOR.

11. THE DEFENDANT McDonald's CORPORATION RESPONDENT
SUPERIOR WAS OPEN FOR THE PURPOSE OF PUBLIC
ACCOMMODATIONS/ PUBLIC SERVICE WITHOUT ANY
McDonald's RESTAURANT EMPLOYEE OR EMPLOYEES ON
DUTY FOR CASHIER SERVICES.

12. PLAINTIFF Abney STOOD AND WAITED FOR THE
DEFENDANT McDonald's CORPORATION PUBLIC -
ACCOMMODATIONS/ PUBLIC SERVICE APPROXIMATELY 3-5MINS.

APRIL 17, 2026

PG. 1 OF 18 OA

Abney v. McDonald's Corporation et al,

13. THE DEFENDANT McDONALD'S CORPORATION DID NOT PROVIDE PUBLIC ACCOMMODATION, DID NOT PROVIDE PUBLIC SERVICE TO THE CONSUMER MR. Abney,

14. AT ALL TIME DURING THIS INCIDENT, THE PLAINTIFF WAS NOT PUBLIC SERVED BY THE DEFENDANT'S McDONALD'S CORPORATION, THE — DEFENDANT McDONALD'S RESTAURANT EMPLOYEE JANE DOE #1, THE DEFENDANT McDONALD'S RESTAURANT EMPLOYEE JANE DOE #2

15. PLAINTIFF Abney DID NOT RECEIVED THE DEFENDANT McDONALD'S CORPORATION PUBLIC ACCOMMODATION PUBLIC SERVICE ON THE DAY OF APRIL 19, 2023 - 8:15am

16 PLAINTIFF Abney NOTICED TWO (2) OF THE DEFENDANT McDONALD'S RESTAURANT KIOSK TERMINAL SELF-SERVICE WITHOUT A IN-PERSON McDONALD'S RESTAURANT ATTENDANT ON DUTY TO ASSIST WITH MERCHANDISE DIGITAL PUBLIC ACCOMMODATION / PUBLIC SERVICE TO THE PLAINTIFF Abney IN THIS INCIDENT

APRIL 17, 2026
PG. 2 OF 18 D.A
Abney v. McDONALD'S CORPORATION et al)

17. PLAINTIFF Abney APPROACHED THE DEFENDANT McDONALD'S RESTAURANT KIOSK AND ATTEMPTED A ORDER PROCESS OF A BREAKFAST SANDWICH AND A ORANGE JUICE.

18. PLAINTIFF Abney HAD A TECHNOLOGY DIFFICULT OF USING THE DEFENDANT McDONALD'S RESTAURANT KIOSK AND WAS NOT ABLE TO PLACE HIS ORDER USING THE DEFENDANT McDONALD'S RESTAURANT SELF-SERVICE WITHOUT A IN-PERSON McDONALD'S RESTAURANT ATTENDANT ON DUTY TO ASSIST WITH MERCHANDISE DIGITAL PUBLIC ACCOMMODATION / PUBLIC SERVICE TO THE PLAINTIFF Abney ON THIS INCIDENT

19 THE DEFENDANT McDONALD'S CORPORATION REFUSED PLAINTIFF Abney OF HIS RIGHTS TO THE STATE OF MICHIGAN FOOD AND RESTAURANT PUBLIC — ACCOMMODATION / PUBLIC SERVICE

20. THE DEFENDANT McDONALD'S CORPORATION BREACH OF THE STATE OF MICHIGAN COMMERCE CONTRACT AGAINST THE INDIVIDUAL PLAINTIFF Abney CAUSED HIS CIVIL RIGHTS PHYSICAL INJURIES, MENTAL AN EMOTIONAL INJURED, PAIN AND SUFFERING CAUSED BY THE DEFENDANT McDONALD'S CORPORATION RESPONDENT SUPERIOR, THE DEFENDANT JANE DOE #1, THE DEFENDANT JANE DOE #2 OF 2889 WEST GRAND BLVD

April 17, 2026
Pg. 2 - of 18 D.A
Abney v. McDonald's Corporation etal,

21. PLAINTIFF Abney CONTINUE SEEKING THE DEFENDANT'S McDONALD'S CORPORATION PUBLIC ACCOMMODATION / PUBLIC SERVICE; PUBLIC Wi-Fi SERVER

22. PLAINTIFF Abney WALKED OVER TO THE DEFENDANT McDONALD'S RESTAURANT HIGH STOOLS SOCIALIZING COUNTER AND SEATS APPROXIMATELY FOUR (4) FEET FROM THE BEVERAGE FOUNTAIN LOCATED ON THE WEST WALL OF THE FACILITY.

23. PLAINTIFF Abney ACCESS THE DEFENDANT — McDONALD'S CORPORATION PUBLIC WI-FI SERVER UPON HIS SMART DEVICE SOFTWARE THAT — CONNECTED TO THE DEFENDANTS' McDONALD'S RESTAURANT WI-FI DATA EXCHANGED, SHARED INFO.

24. PLAINTIFF Abney OCCUPIED ONE (1) SEAT AT THE DEFENDANT'S McDONALD'S CORPORATION — ENTERTAINMENT COUNTER APPROXIMATELY 3-5 MINUTES WITHOUT ANY FORM OF A INTERRUPTION OR DISTURBANCE OF A CONDITION.

25. AT APPROXIMATELY 8:30 AM ONE (1) JOHN DOE; ONE (1) JANE DOE AS A COUPLE ENTER THE DEFENDANTS' McDONALD'S RESTAURANT EAST PARKING LOT FACILITY

APRIL 17TH 2026
PG. 12 - OF-18
Abney v. McDonalds Corp. et al,

26. PLAINTIFF Abney EYE VIEWED FROM ACROSS THE ROOM OF THE RESTAURANT AND SAW THE CONSUMERS' COUPLE STANDING AT THE CASHIER COUNTER WITH THE OPPORTUNITY TO HEAR THE DEFENDANT JANE DOE #1 HAVING A VERBAL CONFRONTATION WITH THE DEFENDANT McDONALD'S CORPORATION CONSUMER JOHN DOE WAS LOUD, — VERSE AND DISORDER CONDUCT UPON THE DEFENDANT McDONALD'S CORPORATION CONSUMER JOHN DOE.

27. THE DEFENDANT McDONALD'S CORPORATION COUPLE CONSUMER JOHN DOE AND JANE DOE APPROACHED THE BEVERAGE FOUNTAIN APPROXIMATELY FOUR (4) FEET FROM PLAINTIFF Abney.

28 THE DEFENDANT McDONALD'S RESTAURANT EMPLOYEE JANE DOE #1 SIMULTANEOUSLY CONTINUE TO VERBALLY YELLING LOUD AT THE DEFENDANT McDONALD'S CORPORATION CONSUMER JOHN DOE

29. THE DEFENDANT McDONALD'S CORPORATION CONSUMER JOHN DOE YELLED BACK AT THE DEFENDANT McDONALD'S RESTAURANT EMPLOYEE JANE DOE #1 QUOTEC IF YOU DO NOT LIKE THIS JOB, YOU NEED TO FIND YOU ANOTHER JOB BECAUSE YOU ARE BOTHER PEOPLE YOUR CONDUCT IS OUT OF CONTROL).

APRIL 17TH 2026
PG. 2-OF-18DA
Abrey V. MCDONALDS CORP. et el,

30. THE DEFENDANT MCDONALD'S CONSUMERS' COUPLE EXIT THE DEFENDANT MC DONALD'S RESTAURANT FACILITY SOUTH FRONT DOOR.

31. THE DEFENDANT MCDONALD'S RESTAURANT EMPLOYEE JANE DOE #1 WAS IN THE KITCHEN FACILITY AREA, WALKED DIRECTLY TO PLAINTIFF Abney AS HE SAT AT THE DEFENDANT MCDONALD'S RESTAURANT ENTERTAINMENT TABLE,

32. THE DEFENDANT MCDONALD'S EMPLOYEE JANE DOE #1 STATED TO THE PLAINTIFF Abney, IF YOU HAVE NOT PLACED A ORDER AT THE DEFENDANT — MC DONALD'S CORPORATION KIOSK, YOU GOT TO LEAVE, ORDER OR LEAVE NOW,

33. PLAINTIFF Abney RESPONDED I AM USING THE RESTAURANT PUBLIC WI-FI SERVER, I AM GOOD, I AM NOT GOING TO ORDER ANYTHING.

34. THE DEFENDANT MCDONALD'S RESTAURANT EMPLOYEE JANE DOE #1 STATED YOU GOT TO GET OUT MY RESTAURANT RIGHT NOW,

APRIL 17, 2026
PS. 2-CF-18 D-A
Abney V. McDonald's Corp. et al,

35. PLAINTIFF Abney RESPONDED I AM USING THE McDONALD'S RESTAURANT PUBLI WI-FI SERVER.

36. THE DEFENDANT McDONALDS RESTAURANT EMPLOYEE JANE DOE #1 STATED (YOU MEN BE DOING TO MUCH, THAT IS WHY I HATE YOU ASS AND I CALLED THE DETROIT POLICE, GET YO ASS OUT MY RESTAURANT.

37. PLAINTIFF Abney RESPONDED IF YOU CALLED THE POLICE ON ME, IT IS GOING TO BE MORE THEN WHAT YOU THINK WILL HAPPEN.

38. THE DEFENDANT McDONALD'S RESTAURANT EMPLOYEE JANE DOE #1 STATED (WHAT YO ASS GONE DO IF I CALLED THE DETROIT POLICE ON YOU.

39. PLAINTIFF Abney RESPONDED I'm GONE DO WHAT I GOT TO DO IF YOU CALLED THE POLICE ON ME,

40. THE DEFENDANT McDONALD'S RESTAURANT EMPLOYEE JANE DOE #2 YELLED FROM THE FACILITY — KITCHEN got (MEN AINT SHIT, CALL THE DETROIT POLICE ON HIS ASS.

APRIL 17, 2026
PG. 2-OF-18. DOA
Abney V. McDonald's Corp et al,

41. THE DEFENDANT MC DONALD'S RESTAURANT EMPLOYEE JANE DOE #1 STATED YEA GIRL YOU RIGHT MAN AIN'T SHIT, I GOT THIS MAN, I'm SHOW HIS ASS,

42. THE PLAINTIFF Abney CONTINUE USING THE DEFENDANT MC DONALD'S RESTAURANT PUBLIC Wi-Fi SERVER FOR APPROXIMATELY 7-9 MINUTES WITHOUT ANY FURTHER COMMUNICATION WITH THE DEFENDANT MC DONALD'S RESTAURANT EMPLOYEE JANE DOE #1, THE DEFENDANT MCDONALD'S RESTAURANT EMPLOYEE JANE DOE #2

43. PLAINTIFF Abney'S VIEW POINT FROM THE DEFENDANT MC DONALD'S RESTAURANT ENTERTAINMENT TABLE SAW ONE (1) CITY OF DETROIT POLICE OFFICER (D28COLOR) PAUL SAHMI BAXE 1882, ENTER THE EAST FACILITY PARKING LOT DOOR WALKED DIRECTLY TO PLAINTIFF Abney AND STATED BUDDY WHAT IS THE PROBLEM TODAY

44. PLAINTIFF Abney RESPONDED YOU TELL ME, I HAVE NOT DID ANYTHING WRONG, YOU SAW THAT WHEN YOU WALKED THROUGH THE DOOR YOU SAW ME DOING NOTHING BUT SITTING HERE AT THE COUNTER AND THIS IS A PROJECT GREEN LIGHT LOCATION, YOU CAN CHECK THE VIDEO AND SEE I HAVE NOT DONE ANYTHING WRONG

APRIL 17, 2026

PG. 1 - OF-18 DA

Abney V. MCDONALDS CORP et.al,

45. SIMULTANEOUSLY DEFENDANT MCDONALDS — RESTAURANT EMPLOYEE JANE DOE #1 COME FROM THE FACILITY KITCHEN, RUSHED DIRECTLY BETWEEN PLAINTIFF Abney AN THE CITY OF DETROIT POLICE OFFICER PAUL SAHMI BADGE 1882 STATED NOW I CALLED THE POLICE ON YO ASS WHAT YOU GONE DO NOW.

46. PLAINTIFF Abney RESPONDED TO THE CITY OF DETROIT POLICE OFFICER PAUL SAHMI BADGE 1882, WELL AT THIS POINT YOU CAN SEE WHO IS THE PROBLEM HERE TODAY WHICH IS NOT ME, MAY I HAVE YOUR NAME AND BADGE NUMBER.

47. THE CITY OF DETROIT POLICE OFFICER RESPONDED SURE GIVE ME A SECOND TO WRITE IT DOWN,

48. PLAINTIFF Abney RESPONDED THANK YOU AND HE "MOMENTARELY WAITED FOR THE CITY OF DETROIT POLICE OFFICER BUSINESS INFORMATION.

49. THE CITY OF DETROIT POLICE OFFICER PAUL SAHMI #1882 PROVIDED HIS BUSINESS CONTACT INFORMATION TO THE PLAINTIFF Abney WHILE STATING WHY DO YOU NEED MY INFORMATION I HAVE NOTHING TO DO WITH WHAT HAPPEN.

April 17, 2026
Pg. 2 - of 16 n.A
Abney V. McDonald's Corp. et al,

50. PLAINTIFF Abney RESPONDED YOU DO NOW DO TO THE FACT THE DEFENDANT MCDONALD'S RESTAURANT EMPLOYEE JANE DOE #1, THE DEFENDANT MCDONALD'S RESTAURANT EMPLOYEE JANE DOE #2 CALLED THE POLICE ON ME WHEN I HAVE NOT DID ANYTHING WRONG, I NEED TO KNOW WHAT WAS SAID TO THE CITY OF DETROIT 911 EMERGENCY OPERATOR WHEN I HAVE NOT DID ANYTHING WRONG, I HAVE NOT COMMITTED A CRIME.

51. THE CITY OF DETROIT POLICE OFFICER PAUL SAHME #1812 STATED LET ME GET YOU SOMETHING FOR THIS TO MAKE UP FOR WHAT THEY DONE TO YOU.

52. PLAINTIFF Abney RESPONDED NO THANK, YOU DO NOT NEED TO MAKE UP FOR THE DEFENDANTS MCDONALD'S RESTAURANT EMPLOYEES MISCONDUCT AN HE 180 TURNED ABOUT AN EXIT,

53. THE DEFENDANT MCDONALD'S CORPORATION — RESTAURANT LOCATION 2899 WEST GRAND BLVD. DETROIT, MICHIGAN ZIP CODE 48202 SOUTH FACILITY FRONT DOOR INJURIED BY THE DEFENDANTS MCDONALD'S CORPORATION RESPONDENT SUPERIOR MISCONDUCT AND BREACH OF THE STATE OF MICHIGAN COMMERCE CONTRACT WITH THE INDIVIDUAL

Abney v. McDonalds (LLC et al), Amer. My 2026
Ps. 2-CF-19 D.A

VIOLATION OF CIVIL RIGHTS
PURSUANT TO 42 U.S.C. 1983
BY DEFENDANTS

54. PLAINTIFF HEREBY INCORPORATES BY — REFERENCE ALLEGATIONS CONTAINED IN PARAGRAPHS 1 THROUGH 53 AS IF FULLY SET FORTH HEREIN.

55. THE ABOVE DEPRIVATION, PHYSICALL ATTACKS ON PLAINTIFF WERE WITHOUT LEGAL JUSTIFICATION

56. AT ALL TIMES RELEVANT, PLAINTIFF HAD A CLEARLY ESTABLISHED RIGHT TO LIBERTY PROTECTED IN THE SUBSTANTIVE COMPONENTS OF THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, INCLUDING HIS RIGHT TO PERSONAL SAFETY AND BODILY INTEGRITY, AS WELL AS PROTECTION TO THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

57. AT ALL TIMES RELEVANT, AS MCDONALDS CORPORATION EMPLOYEES ACTING UNDER COLOR OF LAW, DEFENDANTS WERE REQUIRED TO OBEY THE LAWS OF THE UNITED STATES, STATE OF MICHIGAN, INCLUDING THOSE LAWS IDENTIFIED UNDER THE FORTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

APRIL 17, 2026
Pg. 2 -OF- 18 DA
Abray v. MCDONALDS Corp. et al.

58. IN VIOLATION OF PLAINTIFF'S CLEARLY ESTABLISHED CONSTITUTIONALLY - PROTECTED RIGHT TO BE FREE FROM PUNISHMENT AND DEPRIVATION OF LIFE AND LIBERTY WITHOUT DUE PROCESS OF LAW UNDER THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, DEFENDANTS EMPLOYED UNNECESSARY, UNREASONABLE, AND EXCESSIVE FORCE AGAINST PLAINTIFF, THEREBY INFLICTING HORRENDOUS PERSONAL INJURIES UPON THE PLAINTIFF.

59. DEFENDANT ACTED IN CONCERT WITH ONE ANOTHER AND AIDED AND ABETTED EACH OTHER WHILE VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS.

60. DEFENDANTS CONSPIRED WITH ONE ANOTHER TO FABRICATE AND DISSEMINATE FALSE ACCOUNTS REGARDING THE SUBJECT MATTER OF PLAINTIFF'S ACCURATELY REPORT THE FORCE THAT WAS USED ON PLAINTIFF DURING THE INCIDENT ALL IN FURTHERANCE OF A CONSPIRACY TO VIOLATE PLAINTIFF CLEARLY ESTABLISHED CONSTITUTIONALLY PROTECTED RIGHT TO BE FREE FROM PUNISHMENT AND DEPRIVATION OF LIFE AND LIBERTY WITHOUT DUE PROCESS OF LAW UNDER THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

APRIL 17, 2026
Pg. 7 -OF- 18 DA
Abney V. MCDONALDS Corp. et el,

a. PURSUANT TO 42 U.S.C. 1983; FOURTH AND FOURTEENTH AMENDMENTS; ARTICLE 1 SEC 2 OF THE MICHIGAN CONSTITUTION; ELLIOT-LARSEN CIVIL RIGHTS ACT, ACT 453 OF 1976; MCL 37.2302 (a); MCL 37.2302(b); 42 U.S.C. 2000e sec 200(b)(2); CASE LAW AS FOLLOWS: — DEPARTMENT OF CIVIL RIGHT ex rel, FELTON V. WATERFORD TWP DEP'T OF PARKS AND REC., 425 MICH. 173, 202, 387 N.W. 2d 821 (1986), COMMUNITIES FOR EQUITY V. — MICHIGAN H.S.H SCHOOL, 137 F. SUPP. 2d 910 (2002), DEFENDANT ARE LIABLE TO PLAINTIFF FOR ALL DAMAGES ALLOWED UNDER FEDERAL LAW, INCLUDING COST AND INTEREST, TO THE EXTENT THAT THE DAMAGES ALLOWABLE AND/OR RECOVERABLE ARE DEEMED INSUFFICIENT TO FULLY COMPENSATE PLAINTIFF AND/OR TO PUNISH OR DETER THE DEFENDANTS, THIS COURT MUST ORDER ADDITIONAL DAMAGES TO BE ALLOWED SO AS TO SATISFY ANY AND ALL SUCH — INADEQUACIES.

62. THE CONDUCT OF DEFENDANTS WAS AND REMAINS EXTREME AND OUTRAGEOUS SUBJECTING DEFENDANTS TO PUNITIVE DAMAGES.

APRIL 17, 2026
PG 1-OF-18 DA
Abney V. McDonald's (Corp. etc)

63. AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS WILLFUL VIOLATION OF PLAINTIFF'S CONSTITUTIONALLY PROTECTED RIGHTS, PLAINTIFF Abney HAS SUFFERED AND WILL CONTINUE TO SUFFER DAMAGE INTO THE FUTURE INCLUDING BUT NOT LIMITED TO:

A. PHYSICAL PAIN AND SUFFERING;
B. MENTAL ANGUISH;
C. SEVERE EMOTIONAL DISTRESS;
D. DENIAL OF SOCIAL PLEASURE AND ENJOYMENT
E. HUMILIATION OR MORTIFICATION;
F. PUNITIVE DAMAGES;
G. EXEMPLARY DAMAGES;
H. COST, FEES, AND INTEREST
I. ALL OTHER DAMAGES PROPERLY RECOVERABLE UNDER LAW.

WHEREFORE, PLAINTIFF Devon Abney RESPECTFULLY REQUESTS THIS HONORABLE COURT ENTER A JUDGMENT IN PLAINTIFF FAVOR AGAINST DEFENDANT, McDONALD'S CORPORATION RESTAURANT, et al, AND AWARDED IN AN AMOUNT IN EXCESS OF SEVENTY-FIVE THOUSAND (75,000) DOLLARS, EXCLUSIVE OF COST, FEE, INTEREST AS WELL AS AN AWARD OF PUNITIVE DAMAGES.

APRIL 17, 2026
PG 1-OF 18 DA
Abney v. McDonald's Corp. et al

RESPECTFULLY SUBMITTED
Devon Abney
2474 WEST PHILADELPHIA
DETROIT, MICHIGAN 48206
313-434-9192
PLAINTIFF-PRO SE

JURY DEMAND
PLAINTIFF, Devon Abney, BY AND THROUGH PRO-SE
HEREBY DEMAND TRIAL BY JURY IN THIS MATTER.

RESPECTFULLY SUBMITTED
Devon Abney
2474 WEST PHILADELPHIA
DETROIT, MICHIGAN 48206
313-434-9192
PLAINTIFF - PRO SE

APRIL 17, 2026

Devon Abney
PLAINTIFF PRO SE