UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVON ABNEY,

     Plaintiff,

v.

McDONALD'S CORPORATION, et al.,

     Defendants.

Case No. 26-cv-11271

Honorable Robert J. White

## JUDGMENT

The Court has granted the motion to dismiss the complaint as to all defendants with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: _s/Tara Villereal_____
Deputy Clerk

June 11, 2026

Approved: s/ Robert J. White_____
     Robert J. White
     United States District Judge